**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Catherine Frances Rayner v.      Case Number: 26-cv-5582
The Partnerships et al.

An appearance is hereby filed by the undersigned as attorney for:
lacemylife.com (Def. 15), lalamise.com (Def. 16), darkstylehub.com (Def. 17),
hippiesale.com (Def. 19), urlinen.com (Def. 21), favomens.com (Def. 22)

Attorney name (type or print):  Michael T. Griggs

Firm:     Boyle Fredrickson, S.C.

Street address:      840 N. Plankinton Ave.

City/State/Zip:     Milwaukee, Wisconsin 53203

Bar ID Number:  IL 6280132                    Telephone Number:    414-225-6311
(See item 3  in instructions)

Email Address: mtg@boylefred.com

Are you acting as lead counsel in this case?                     x   Yes      ☐  No

Are you a member of the court's general bar?                   x   Yes      ☐  No

Are you a member of the court's trial bar?                        x   Yes      ☐  No

Are you appearing *pro hac vice*?                                   ☐  Yes      x   No

If this case reaches trial, will you act as the trial attorney?    x   Yes      ☐  No

If this is a criminal case, check your status.        ☐   Retained Counsel

                                                      ☐   Appointed Counsel
                                                            If appointed counsel, are you a

                                                            ☐  Federal Defender

                                                            ☐  CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 5/28/2026

Attorney signature:     S/ Michael T. Griggs _____
                        (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023